CLEVELAND, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY CO. v. THE OHIO POSTAL TELEGRAPH CABLE CO. ET AL.

Error to the Circuit Court of Crawford County.

PRICE, J.

This proceeding involves the legal sufficiency of the same findings and orders made by the probate court which have been considered in the preceding case. For the reasons stated in the first branch of the opinion in that case we reverse the judgments of the circuit court, the court of common pleas and the probate court, and the cause is remanded to the probate court as in preceding case.

*Judgments reversed.*